04-CR-05622-ORD

MAGISTRATE JUDGE

FILED ___ LODGED
___ RECEIVED

NOV 30 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW C. RASMUSSEN,

    Defendant.

Case No. CR04-5622

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against MATTHEW C. RASMUSSEN, defendant.

DATED this _15th_ day of _November_, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney



KENNETH TYNDAL
Special Assistant United States Attorney

ORDE
United
Page

04-CR-05622-ORD

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711

1  Leave of Court is GRANTED for the filing of the foregoing dismissal.

2  DATED this _30_ day of _Nov._, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
United States vs. MATTHEW C. RASMUSSEN, CR 04-5622
Page 2

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711